

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**PD-0123-23**

**EX PARTE JUAN VALERO, Appellant**

**ON DISCRETIONARY REVIEW
FROM THE EIGHTH COURT OF APPEALS
EL PASO COUNTY**

*Per curiam.*

**O P I N I O N**

Appellant is charged with aggravated assault and aggravated robbery. On January 12, 2021, the competency court found Appellant incompetent and committed him for 120 days to restore competency. Appellant filed a pretrial habeas application on May 25, 2021, complaining that he had not yet been transferred to a hospital and requesting immediate release. The trial court denied habeas relief on September 2, 2022. The Court of Appeals affirmed. *Ex parte Valero*, No. 08-22-00172-CR, LEXIS 901 (Tex. App. – El Paso February 13, 2023, pet. granted). We granted Appellant's petition for discretionary review.

The State has now filed a motion to dismiss, noting that Appellant was transferred to Vernon State Hospital on June 21, 2023. Accordingly, we grant the State's motion and dismiss Appellant's petition.

FILED:        July 19, 2023

DO NOT PUBLISH